Travis Scot Cunningham, Plaintiff Prose
vs.
1. Volusia County Branch Jail, Respondant
2. Officer Hargrave, Respondant
3. Medical at Volusia County Branch Jail, Respondant
4. Re-Entry Sergent Salas at Volusia County Branch Jail, Respondant

United States District Court
office of the clerk
George C Young US Courthouse
401 W. Central BLVD Suite 1200
Orlando, Florida 32801-0120

1983 Civil Rights Complaint
Writ of Forma Pauperis

Comes now I Travis Scot Cunningham, the plaintiff prose respectfully moves this honorable court to set a trial date for the unlawful acts made by the Volusia County Branch Jail at 1354 Indian Lake Road, Daytona Beach, FL. 32124 and the jails medical team, officers, and Re-Entry team for the following illegal unfair acts the jail has been doing to me and many others thinking its ok to treat people indifferently. Officer Hunter, officer Hargrave has opened my legal mail without me present violating my privacy rights to confidentiality. The medical doctor has wrongly refused to take me off the epileptic seizure list after I was allready taken off the list last year and cleared from having seizures all so the jail can try to justify charging me $5.00 subsistence fees a day and not give me a fair equal opportunity to work it off like other inmates is discrimination. To further prove to this court is 2 two other inmates in my cell block Unit 8A had been gave bus tickets to one Loiville Kentucky, the other to Key West, Florida but Re-Entry at this jail will not give me a ticket to Los Angeles California why? To also show more proof of civil rights complaint, the jail has a Re-Entry

Page 1                                  Please Read Next Page →

Program that has been providing the inmates here at the Volusia County Branch Jail their social security card and state identification card but when I asked classification Mr. Kahler about getting a social security card or state identification card he made it sound as if the flow bus from the DMV Department of Motor Vehicles has not been comming. My arguement is the jail isn't supposed to show favortism or provide for one person but not the other that is discrimination! I have not done nothing against the jail rules and am in no trouble. For no reason should I not be gave the same equal opportunity as other inmates to work, recieve a bus ticket to Los Angeles, or Re-Entry program at Volusia County Branch Jail to help me get my social security card and state identity, like I've seen many other men get since I've been in this jail!

So why am I being denied the same program when I am homeless, no identity card to my name, and I have a Clean Street LA, program to go to at 200 N. Spring St., Los Angeles, CA 90012 telephone number (213)473-3231 that will pay me $15.00 a hour and pay my first and last months rent after 30 days. The jail here gave me the address and phone number after I told the community resource unit officer I needed the address to the mission in Los Angeles California I'm trying to leave Florida because I have nobody here and don't want to live here no more. I don't have nobody alive left to go to so the jail is refusing to give me a bus ticket out of Florida like they've been doing for others! Please stop this cruel and unusual punishment they are exhausting on me?.  Pase 2 Please Read the Next Page

Since the Daytona Beach Probation Dept, The Volusia County sherriff department, and the Daytona Beach Police dept has also violated my probation when it was supposed to been successfully done, extradited me on a fugitive warrant that was only a misdomeanor conviction from Daytona Beach? This shows that the Volusia County jail and sherriffs department has been doing illegal acts against me and others in jail to keep us in wrongful detentions by using excessive force. January 26th 2022 I was extradited from Los Angeles California for a fugitive probation violation that was supposed to be done and for a resisting arrest with violence charge that should have only been a ticket civil action for littering which shouldn't have been that because I was ordered by the Daytona Beach Police officer to throw down a ciggerrette butt and I obeyed the officers order? Then got arrested for littering and told the officer I wasn't letting him arrest me because it was a unlawful arrest for obeying his order? The same thing is going on in the Volusia County Branch Jail because I don't have no family or anyone to defend me or my civil rights while in jail; the jail thinks it can treat me any type of way. Not to mention the jail does what it wants to do not what its supposed to do; the jail does not have no ladders in the cell to climb on the top bunk with causing much pain and suffering from many slip and falls and doress from no one-medical treating us for the pain from slips and falls. Federal law says inmates are allowed 1 one hour a day recreation outside; we rarely get 1 day a week outside recreation? why? they say short of staff its every week!

Page 3    Read the Next Page ⟶

The medical department to CFMC at the Volusia County Branch Jail last year took me off the seizure list and cleared me because I told them I don't have seizures never did, but the doctor at the jail is lazy and don't want to correct my medical chart and diagnosis that he'd rather medically malpractice me by denying to correct my diagnosis. The reason this is such a big issue is it messes with my incarceration time because I can't work untill the 90 day ~~epi~~ epleptic seizure hold is up per their policy when I don't even have epleptic seizures never have. The jails medical department won't fix my diagnosis but should. Causing me to pay the $5.00 a day instead of giving me a fair chance to work it off like everyone else gets is discrimination. Plus the jail is opening many legal mails from the courts and the Florida Bar without me present too. Then denying me a state identity card and social security card like ~~I've~~ seen several other inmates get? Seeking a total $40,000 dollars for all my short coumings, pain and suffering, dorress, and mental anguish? I Travis Scot Cunningham dully swears upon the penalties of perjury the above and foregoing statements are true and correct so help me God.

Eyewitness
David Cohen #1131405

x Travis Scot Cunningham, Pro Se
Travis Scot Cunningham, Pro Se
Date: 01-26-2024
Certified Via U.S. Mail

1st Respondant Volosia County Branch Jail, 1354 Indian Lake Road, Daytona Beach, FL. 32124 seeking $40,000 dollars for unfair treatment, discrimination, violations of my civil rights, opening legal mail several times without me present, charging me a $5.00 a day Subsistence fee and denying me a fair chance to work it off like everyone else here at jail that works don't have to pay. Then wrongfully having me diagnosed with epileptic seizures when I don't and not even trying to correct my medical charts after repeatedly telling them I don't have seizures.

2. Officer Hargrave Respondant works at the Volusia County Branch Jail, 1354 Indian Lake Road, Daytona Beach, FL. 32124 and officer Hunter has opened my legal mail without me present. Seeking $10,000

3. Re-Entry team and classification Sergent Salas and Mr. Kahler at the Volosia County Branch Jail is equal opportunity treating me indifferent by not giving me my state identity like their Re-Entry program says they do or social security card or a bus ticket back home to Los Angeles California all because I have no family there? That is espeacially unfair because my parants are deceased? Seeking $10,000

4. 4th Respondant The medical department at Volusia County Branch Jail for medical malpractice and wrong diagnosis of epileptic seizures that I don't have that I've tried repeatedly to get them to correct my diagnosis so I could work and go to a program and work the $5.00 a day off but the jail keeps on trying to enslave me and keep me in debt violating our 13th ammendment to abolish slavery and all because the jail is embezzling money and trying to purge me for my debt which is unconstitutional. By law this is discrimination and unlawful for me not to get a job or program do to a wrong diagnosis.

Page 5     seeking $10,000

Kilpatrick V. Williams, 3:21-cv-701-BJD-MCR (M.D. Fla. Aug. 16, 2021) August 16 2021

To establish a deliberate-indifference claim, a plaintiff must make both an objective and a subjective showing. Farmer V. Brennan, 511 U.S. 825, 834, 114 S.Ct. 1970, 128 L. Ed 811 (1994). Under the objective component, the plaintiff must demonstrate "a substantial risk of serious harm." Id..... Under the subjective component, the plaintiff must prove "the defendants "deliberate indifference" to that risk of harm by making three sub-showings: "(1) subjective knowledge of a risk of serious harm; (2) disregard of that risk; (3) by conduct that is more than mere negligence." Lane [v. Philbin, 835 F. 3d [1302,] 1308 [(11th Cir. 2016)] (quotation omitted).

Opening legal mail

Call McCrimmon V. Johnson, 18-16281 (BRM) (AME) (D.N.J. Nov. 30, 2022)