UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRAVIS SCOT CUNNINGHAM,**

    **Plaintiff,**

v.   Case No. 6:24-cv-170-CEM-RMN

**VOLUSIA COUNTY BRANCH JAIL, HARGRAVE, MEDICAL AT VOLUSIA COUNTY BRANCH JAIL, and SALAS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review of the docket. On February 2, 2024, the Court ordered Plaintiff to file an Amended Complaint within twenty-one days from the date of the Order. (Doc. 2). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. Plaintiff failed to file an Amended Complaint.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party